**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00165-CR

**ARTURO SILVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30899-R**

## ORDER

The Court **ORDERS** court reporter Susan Tabaee to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 120, a DVD, and State's Exhibit no. 121, the search warrant.

We **DIRECT** the Clerk to send copies of this order to Susan Tabaee, official court reporter, Auxiliary Court No. 7, and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE